**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SS&C TECHNOLOGIES HOLDINGS, INC., et al.,  :
                                           :
                Plaintiffs,                :     23-CV-9158 (TMR) (OTW)
                                           :
         -against-                         :     ORDER
                                           :
D.E. SHAW & CO., L.P.,                     :
                                           :
                Defendants.                :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Status Conference on Wednesday, November 19, 2025.

As **ORDERED** at the Conference:

1. The Parties' Proposed Protective Order at ECF 79 is **GRANTED.**

2. The following motion deadlines have been set: **December 20, 2025** deadline to file a motion to dismiss Defendant's Second Amended Counterclaims; any opposition is due by **January 20, 2026**; a reply, if any, is due by **January 30, 2026.**

3. D.E. Shaw & Co. ("DESCO")'s motion to stay at ECF 81 is **GRANTED** in part, **DENIED** in part as to a full stay of discovery. Parties in this case, as well as non-party Arcesium, are directed to meet and confer to work out a plan to produce discovery from the related case *SS&C Technologies Holdings, Inc. et al v. Arcesium LLC*, 23-cv-9158 (TMR)(OTW). In addition, DESCO will meet and confer with SS&C to provide additional discovery for 10-15 new custodians and 10-15 search terms. Parties are directed to file a joint letter on the docket by **Tuesday, December 2, 2025** apprising the Court as to whether they were able to complete this step. If not, the Court will hold a confidential Discovery Settlement

Conference **on Wednesday, December 3, 2025 at 2:00 PM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Attendees for the conference will be <u>limited</u> to two representatives for SS&C Technologies Holdings, Inc., two representatives for DESCO, and two representatives for non-party Arcesium.

4. The Court will hold an in-person Status Conference on **Wednesday, January 21, 2026 at 10:30am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of the Court is respectfully requested to close ECF Nos. 81, 106, 108, 121, 122. Plaintiffs are directed to serve a copy of this order and the transcript on Arcesium LLC.

**SO ORDERED.**

Dated: November 20, 2025
New York, New York

                                                  *s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                                  United States Magistrate Judge