**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

SS&C TECHNOLOGIES HOLDINGS, INC., et al.,　:

　　　　　　　　Plaintiffs,　　　　　　　　:　　　　　　23-CV-9158 (TMR) (OTW)

　　　　　　　　-against-　　　　　　　　　:　　　　　　**ORDER**

D.E. SHAW & CO., L.P.,　　　　　　　　　:

　　　　　　　　Defendants.　　　　　　　:

----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Status Conference on Wednesday, January 21, 2026. For reasons stated on the record, SS&C's motion to compel at ECF 147 is **DENIED** without prejudice.

The Court will hold an in-person Status Conference on **Thursday, February 12, 2026, at 2:00 pm** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties are directed to submit a joint status letter apprising the court of any outstanding discovery disputes by **Friday, February 6, 2026 at 5:00 pm EST.**

The Clerk of the Court is respectfully requested to close ECF 147.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*

Dated: January 21, 2026　　　　　　　　　　　**Ona T. Wang**
　　　New York, New York　　　　　　　　　　United States Magistrate Judge