# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

SS&C TECHNOLOGIES HOLDINGS, INC. AND
ADVENT SOFTWARE, INC,

                               Plaintiffs,                         23 **CIVIL** 9158 (TMR) (OTW)

              -against-                              **<u>JUDGMENT</u>**

D.E. SHAW & CO., L.P.,

                           Defendant.

--------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 6, 2026, Defendant's motion for judgment on the pleadings is GRANTED. Plaintiff's amended complaint is DISMISSED.

**Dated:**  New York, New York

        February 11, 2026

                                      **TAMMI M. HELLWIG**

                                        **Clerk of Court**

                  **BY:**

                                      **Deputy Clerk**