**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

SS&C TECHNOLOGIES HOLDINGS, INC., et al.,    :

                 Plaintiffs,    :    23-CV-9158 (TMR) (OTW)

               -against-    :    **ORDER**

D.E. SHAW & CO., L.P.,    :

               Defendants.    :

---------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held an in-person Status Conference on June 4, 2026. For reasons stated on the record, SS&C's motion to stay discovery is **GRANTED** and DESCO's motion to compel is **DENIED**, with one limited exception. SS&C is directed to address the following inquiries: (1) whether the production of the custodians addressed at the conference were made in *SS&C Techs. Holdings, Inc. v. Arcesium LLC*, No. 22-CV-02009 (TMR) (OTW), 2024 WL 5186530, (S.D.N.Y.), or in *Arcesium LLC, v. Advent Software, Inc. and SS&C Techs. Holdings, Inc.*, No. 20-CV-04389 (MKV), 2020 WL 6115593 (S.D.N.Y.); and (2) what search terms were applied across the custodians.

       The Clerk of the Court is respectfully requested to close ECF Nos. 182 and 186.

       **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: June 4, 2026    **Ona T. Wang**
      New York, New York    United States Magistrate Judge