**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SS&C TECHNOLOGIES HOLDINGS, INC. AND ADVENT SOFTWARE, INC.,

Plaintiffs,

-against-

D.E. SHAW & CO., L.P.,

Defendant.

-----------------------------------------------------------------X

23 **CIVIL** 9158 (TMR)(OTW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 24, 2026, defendant's motion for judgment on the pleadings is GRANTED. Plaintiff's amended complaint is DISMISSED.

**Dated:** New York, New York

July 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**