UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SS&C TECHNOLOGIES HOLDINGS, INC. AND ADVENT SOFTWARE, INC.,

Plaintiffs,

v.

D.E. SHAW & CO., L.P.,

Defendant.

23-CV-9158-TMR-OTW

**ORDER**

Timothy M. Reif, Judge, United States Court of International Trade:

Upon consideration of the parties' joint letter dated August 18, 2026 (ECF No. 207), requesting correction of a clerical error in the Court's July 24, 2026 decision (ECF No. 205) and July 28, 2026 judgment (ECF No. 206), it is hereby

**ORDERED** that the parties' joint request is **GRANTED**.

**ORDERED** that the conclusion of the Court's July 24, 2026 decision (ECF No. 205) is amended to read as follows:

> For the foregoing reasons, SS&C's motion to dismiss the Second Amended Counterclaims is GRANTED. DESCO's Second Amended Counterclaims are DISMISSED; the antitrust claims are DISMISSED WITH PREJUDICE and state law claims are DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is respectfully directed to terminate the open motion at ECF No. 141.

**ORDERED** that the Clerk of the Court is directed to amend the July 28, 2026 judgment (ECF No. 206) to conform to the corrected conclusion of the July 24, 2026 decision.

**SO ORDERED.**

/s/ Timothy M. Reif
Timothy M. Reif, Judge
United States Court of International Trade
*Sitting by Designation*
United States District Court for the
Southern District of New York

Dated: October 9, 2026
New York, New York